**Marge IANNUCCI, Plaintiff—Appellant,**

**and**

**Michael A. Iannucci, Plaintiff,**

**v.**

**RITE AID CORPORATION, et al, Defendant–Appellee.**

No. 12–2332.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: Feb. 28, 2013.

Marge Iannucci, Appellant Pro Se. Beth A. Moeller, Ogletree, Deakins, Nash, Smoak & Stewart, PC, Atlanta, Georgia; Michael Lawrence Wade, Jr., Ogletree, Deakins, Nash, Smoak & Stewart, PC, Charlotte, North Carolina, for Appellee.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marge Iannucci appeals the district court's order entering judgment in her employment discrimination action in accordance with the Defendant's Fed. R.Civ.P. 68 offer and dismissing the re-mainder of the action for lack of subject matter jurisdiction. She also appeals the order compelling discovery and entering a confidentiality order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Iannucci v. Rite Aid Corp.*, No. 1:11–cv–00281–MR–DLH (W.D.N.C. July 24 & Oct. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*